UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ
SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN,

                Plaintiff,

– against –

JONES LANG LASALLE AMERICAS, INC.,

                Defendant.

**ORDER**

21 Civ. 4667 (ER)

RAMOS, D.J.

    Plaintiff brought the instant suit on May 25, 2021. Doc. 1. On August 20, 2021, Defendant filed a motion to dismiss. Doc. 9. The Court denies Defendant's motion without prejudice. All motions must be filed in accordance with the Court's Individual Practices, which require that the movant request a pre-motion conference prior to filing a motion to dismiss. *See* Individual Rule 2(A)(ii).

Dated:  August 25, 2021
          New York, New York

                                          EDGARDO RAMOS, U.S.D.J.