# Morgan Lewis

**MEMO ENDORSED**

> All deadlines are hereby stayed for 30 days. The parties are directed to submit a joint status report on December 23, 2021.
>
> SO ORDERED:
>
> _____
> HON. EDGARDO RAMOS
> UNITED STATES DISTRICT JUDGE
> November 23, 2021

**Melissa D. Hill**
212-309-6318
mdhill@morganlewis.com

November 22, 2021

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Building Service 32BJ Supplemental Retirement and Savings Plan v. Jones Lang LaSalle Americas, Inc.*, 21-cv-4667

Dear Judge Ramos:

After consultations with counsel, Jones Lang LaSalle Americas, Inc. ("Defendant") has decided to explore settlement discussions with the Building Service 32BJ Supplemental Retirement and Savings Plan ("Plaintiff"). Defendant requests that the Court stay all deadlines in this matter for 30 days to provide the parties the opportunity to negotiate. Plaintiff has consented to this request.

Thank you for Your Honor's consideration.

Respectfully,

*/s/ Melissa D. Hill*
Melissa D. Hill