# MEMO ENDORSED

December 23, 2021

**VIA ECF**

The Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

The application is   X   granted
                    ___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: December 27, 2021
New York, New York 10007

Re:   *Building Service 32BJ Supplemental Retirement and Savings Plan v. Jones Lang LaSalle Americas, Inc.*, 21-cv-4667

Dear Judge Ramos:

The Court stayed deadlines in this matter on November 23, 2021. Since that date, the parties have engaged in productive settlement discussions. The parties request that the stay be maintained for an additional 30 days to foster additional discussion, and that the parties report back to the Court on or before January 24, 2022.

Thank you for Your Honor's consideration.

Respectfully,

/s/ Samuel Bloom
Samuel Bloom
Raab, Sturm & Ganchrow, LLP
2125 Center Avenue, Suite 100
Fort Lee, NJ 07024

s/ Melissa D. Hill
Melissa D. Hill
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178